**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 98-30050

(Summary Calendar)

_____


GENERAL FINANCIAL SERVICES INCORPORATED,


                          Plaintiff - Appellee,

versus


JIMMY C THOMPSON, ARLINE CARROLL WILCOX,
formerly known as Arline Carroll Thompson,
formerly known as Arline C Thompson, formerly
known as Arline Carroll, also known as Susy
Wilcox; UNITED STATES OF AMERICA, Department
of the Treasury, Internal Revenue Service,


                          Defendants


JIMMY C THOMPSON, ARLINE CARROLL WILCOX,
formerly known as Arline Carroll Thompson,
formerly known as Arline C Thompson, formerly
known as Arline Carroll, also known as Susy
Wilcox


                          Defendants - Appellants.

_____

Appeal from the United States District Court
For the Middle District of Louisiana
(96-CV-384-B-M1)

_____

July 9, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The district court granted summary judgment in favor of the plaintiff, General Financial Services, Inc., on its attempt to collect payment upon several promissory notes and collateral mortgages. We hereby affirm for substantially the same reasons as stated by the district court. AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.